# Affidavit of Process Server

**Jeffrey Vitt**  vs  **Creditors Collection Bureau, inc.**    **08CV4508**
PLAINTIFF/PETITIONER            DEFENDANT/RESPONDENT           CASE #

Being duly sworn, on my oath, I __CHRIS MORRICAL__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Creditors Collection Bureau, inc__
                  NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons + complaint__

by serving (NAME) __Robert LaBeau__

at ☐ Home _____
☒ Business __200 E. Court St. Suite 700 - Kankakee, IL__
☒ on (DATE) __8·13·08__ at (TIME) __14:36__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Robert LaBeau, Registered Agent__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address       ☐ Evading                       ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____
                                                  DATE  TIME     DATE  TIME     DATE  TIME
( )_____, ( )_____, ( )_____
DATE  TIME     DATE  TIME     DATE  TIME

**Description:** ☒ Male    ☒ White Skin   ☐ Black Hair   ☒ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
                 ☐ Female  ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
                           ☐ Yellow Skin  ☐ Blond Hair   ☐              ☐ 36-50 Yrs.   ☒ 5'4"-5'8"    ☐ 131-160 Lbs.
                           ☐ Brown Skin   ☐ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"    ☒ 161-200 Lbs.
                 ☐ Glasses ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY    #117-00126
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __14th__ day of __August__, 20__08__

__Kelly Conrad__
NOTARY PUBLIC

OFFICIAL SEAL
KELLY CONRAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/05/11

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

66911

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Jeffrey Vilt

V.

Creditors Collection Bureau, Inc.

CASE NUMBER: 08CV4508

ASSIGNED JUDGE: JUDGE HART
MAGISTRATE JUDGE VALDEZ
EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Creditors Collection Bureau, Inc.
c/o Robert B. Labeau (Registered Agent of Creditors Collection Bureau, Inc.)
200 E Court St Ste 700
Kankakee   IL   60901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 E Washington St Ste 900
Chicago IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
--------------------------------
**(By) DEPUTY CLERK**



**August 8, 2008**
--------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
             Date                       *Signature of Server*

                                   _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.