UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY VILT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CREDITORS COLLECTION BUREAU, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 08 CV 4508 <br> Judge Hart <br><br> Magistrate Judge Valdez |

**AGREED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, CREDITORS COLLECTION BUREAU, INC. ("CCB") by and through its attorneys David M. Schultz and Corinne C. Heggie pursuant to Rule 6 for its Agreed Motion for an Enlargement of Time to file its responsive pleading to plaintiff's Complaint, states as follows:

1. On August 8, 2008, plaintiff filed a Complaint against defendant alleging that defendant violated the Fair Debt Collection Practices Act, ("FDCPA").

2. Defendant was served on or about August 13, 2008. Defendant's responsive pleading was due Tuesday, September 2, 2008.

3. Defense counsel has recently been retained and needs additional time to analyze the issues in this matter, confer with its client and prepare the appropriate response. Defense counsel is contemporaneously filing an appearance with this motion.

4. Defense counsel has discussed the additional time with counsel for the plaintiff and counsel for the plaintiff has no objection.

5. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

6357774v1 7791

WHEREFORE, Defendant, CREDITORS COLLECTION BUREAU, INC., respectfully, requests that this Court grant it an additional 27 days, up to and including September 30, 2008, to file its responsive pleading to plaintiff's Complaint.

> Respectfully Submitted,
>
> s/*Corinne C. Heggie*
> One of the attorneys for
> CREDITORS COLLECTION BUREAU, INC.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

2