UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY VILT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CREDITORS COLLECTION BUREAU, INC., )<br>)<br>Defendant. )<br>)<br>) | Case No.: 08 CV 4508<br>Judge Hart<br>Magistrate Judge Valdez |

## NOTICE OF MOTION

To:   Craig Shapiro
    Horwitz Horwitz & Associates, Ltd.
    25 E. Washington Street, Ste. 900
    Chicago, Illinois 60602
    Craig@horwitzlaw.com

PLEASE TAKE NOTICE that on the 10th day of September, 2008 at 11:00 A.M. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable William T. Hart or any Judge sitting in his stead in courtroom 2243 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

                    Respectfully Submitted,

                     s/*Corinne C. Heggie*
                    One of the attorneys for
                    CREDITORS COLLECTION BUREAU, INC.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6358059v1 7791