UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY VILT, | ) |
| Plaintiff, | ) ) ) Case No.: 08 CV 4508 |
| v. | ) ) Judge Hart |
| CREDITORS COLLECTION BUREAU, INC., | ) ) Magistrate Judge Valdez |
| Defendant. | ) ) ) ) |

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, on oath state that on **September 3, 2008** I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time** and **Notice of Motion** via electronic mail to the following:

Craig Shapiro
Horwitz Horwitz & Associates, Ltd.
25 E. Washington Street
Suite 900
Chicago, Illinois 60602
Craig@horwitzlaw.com

                                        Respectfully Submitted,

                                        _s/*Corinne C. Heggie*
                                        One of the attorneys for
                                        CREDITORS COLLECTION BUREAU, INC.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000